IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BLUFFORD HAYES, JR.,

      Petitioner,               No. CIV S-92-0603 DFL GGH DP

      vs.                        **DEATH PENALTY CASE**

JEANNE S. WOODFORD,

      Respondent.          <u>ORDER</u>

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On March 31, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days.  Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1.   The findings and recommendations filed March 31, 2005 are adopted in full;

2.   Respondent shall deliver petitioner to appropriate state authorities so that they may commence new criminal proceedings against petitioner within thirty days; and

3.   If such proceedings are not commenced within thirty days, petitioner shall be released.

DATED: 5/6/2005

_____

DAVID F. LEVI
United States District Judge

2